USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/21/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CATALINO LOPEZ,

                Defendant.

18 Cr. 219-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for a status conference on **January 29, 2020**, at **3:30 p.m.**

SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge