USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

February 28, 2020
Hon. Analisa Torres
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *US v. Segura-Genao, et. al {Catalino Lopez},* 18 cr 219 (AT)

Dear Judge Torres:

I am counsel for Catalino Lopez, a defendant in the above referenced matter.

A status conference, on Mr. Lopez's case, is scheduled for March 16, 2020. As indicated during the last conference, the parties anticipate Mr. Lopez's case will be resolved without the need for a trial. Since then, the parties have been involved in productive plea negotiations. However, at this point, both sides agree they will not be ready to proceed with a plea on the upcoming conference date.

In light of the foregoing, I respectfully request the conference be adjourned to April 21, 2020 at 12:30 which I understand is available on the Court's calender.

They Government indicates they consent to this request.

I consent to an exclusion of time, under the Speedy Trial Act, from March 16, 2020 through to the adjourn date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

GRANTED. The conference scheduled for March 16, 2020 is ADJOURNED to **April 21, 2020**, at **12:30 p.m.**

It is further ORDERED that the time from March 16, 2020 to April 21, 2020 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow time for the parties to discuss a possible disposition.

SO ORDERED.

Dated: February 28, 2020
New York, New York

ANALISA TORRES
United States District Judge