USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CATALINO LOPEZ,

                Defendant.

18 Cr. 219-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for January 12, 2021, is ADJOURNED to **February 3, 2021**, at **9:00 a.m**. Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

    SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge