UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CATALINO LOPEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/9/2020___

18 Cr. 219-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The sentencing scheduled for February 3, 2021, is ADJOURNED to **February 24, 2021**, at **9:00 a.m**. Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

     Upon request from the Probation Office, the first disclosure of the presentence investigation report shall be **November 30, 2020**, and the second disclosure of the presentence investigation report shall be **December 28, 2020**.

     SO ORDERED.

Dated: November 9, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge