UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                    -against-

CATALINO LOPEZ,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/13/2021

18 Cr. 219-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for May 17, 2021, is ADJOURNED to **June 9, 2021**, at **1:00 p.m**. Defendant's submissions are due two weeks prior to sentencing.  The Government's submissions are due one week prior to sentencing.

    SO ORDERED.

Dated: May 13, 2021
       New York, New York

_____
        ANALISA TORRES
    United States District Judge