UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CATALINO LOPEZ,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/8/2021

18 Cr. 219-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The sentencing scheduled for June 9, 2021, at 1:00 p.m. shall take place in Courtroom 15A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: June 8, 2021
     New York, New York

_____
ANALISA TORRES
United States District Judge