UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CATALINO LOPEZ,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/15/2021__

18 Cr. 219-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As stated on the record today, June 9, 2021, it is ORDERED that the United States shall release Defendant from custody, subject to any detainers.

    SO ORDERED.

Dated: June 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge